*992 543 U. S. 1146;
543 U. S. 1187;
*993 No. 04-697.
No. 04-796.
No. 04-824.
No. 04-826.
No. 04-862.
No. 04-959.
No. 04-1023.
No. 04-5378.
No. 04-6550.
No. 04-6936.
No. 04-7050.
No. 04-7051.
No. 04-7056.
No. 04-7194.
No. 04-7239.
No. 04-7377.
No. 04-7480.
No. 04-7503.
No. 04-7516.
No. 04-7531.
No. 04-7563.
No. 04-7605.
No. 04-7657.
No. 04-7665.
No. 04-7690.
543 U. S. 1147;
543 U. S. 1149;
543 U. S. 1150;
543 U. S. 1151;
543 U. S. 1152;
543 U. S. 1153;
543 U. S. 1144;
543 U. S. 896;
543 U. S. 1008;
543 U. S. 1063;
543 U. S. 1065;
543 U. S. 1065;
543 U. S. 1155;
543 U. S. 1070;
543 U. S. 1092;
543 U. S. 1126;
543 U. S. 1157;
543 U. S. 1157;
543 U. S. 1127;
543 U. S. 1158;
543 U. S. 1159;
543 U. S. 1080;
543 U. S. 1162; |
543 U. S. 1094;
543 U: S. 1095;
*994 No. 04-7695.
No. 04-7711.
No. 04-7726.
No. 04-7727.
No. 04-7748.
No. 04-7752.
No. 04-7986.
No. 04-8044.
No. 04-8061.
No. 04-8070.
No. 04-8077.
No. 04-8110.
No. 04-8350.
No. 04-8375.
No. 04-8387.
543 U. S. 1163;
543 U. S. 1164;
543 U. S. 1164;
543 U. S. 1164;
543 U. S. 1165;
543 U. S. 1165;
543 U. S. 1181;
543 U. S. 1172;
543 U. S. 1172;
543 U. S. 1172;
543 U. S. 1172;
543 U. S. 1173;
ante, p. 911;
543 U. S. 1192; and
543 U. S. 1192. Petitions for rehearing denied.